396 P.3d 1153

**STATE of Hawaiʻi, Plaintiff-appellee,**

**v.**

**Euclides MARQUES-FERNANDEZ, also known as Euclides Marques Fernandes, also known as "Ninja", Defendant-appellant**

**NO. CAAP-16-0000019**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CR. NO. 13-1-0568(3))

SUMMARY DISPOSITION ORDER

Affirmed.

■

396 P.3d 1153

**Albert BATALONA, Petitioner-Appellant,**

**v.**

**STATE of Hawaiʻi, Respondent-Appellee**

**NO. CAAP-16-0000428**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 10-1-0075; CR. NO. 03-1-0787)

MEMORANDUM OPINION

Affirmed.

■

396 P.3d 1153

**Melvin De FREITAS Jr., Petitioner-appellant,**

**v.**

**STATE of Hawaiʻi, Respondent-appellee**

**NO. CAAP-16-0000493**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 15-1-0012; CR. NO. 95-1996)

SUMMARY DISPOSITION ORDER

Affirmed.